IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:25cr370-RAH-KFP
) [18 U.S.C. § 2113(b)]
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, )
)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, )
)
JEMARCUS BERRY, and )
)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )  INDICTMENT

The Grand Jury charges:

COUNT 1
(Bank Theft)

On or about December 16, 2022, in Montgomery County, within the Middle District of Alabama, the defendants,


JEMARCUS BERRY, and
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,

took and carried away, with the intent to steal and purloin, any property and money and any other thing of value exceeding $1,000, namely United States currency, belonging to, and in the care, custody, control, management, and possession of Guardian Credit Union, 1789 Congressman W.L. Dickinson Drive, Montgomery, AL, a credit union whose deposits were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(b).

## FORFEITURE ALLEGATION

A.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

B.  Upon conviction of the offenses in violation of Title 18, United States Code, Sections 2113(b) set forth in Count 1 of this Indictment, the defendants,



JEMARCUS BERRY, and

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to violations of the offenses in violation of Title 18, United States Code, Section 2113(b). The property includes but is not limited to a forfeiture money judgment in the amount of $100,000.00, more or less.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

_____
Tara S. Ratz
Assistant United States Attorney

_____
Russell T. Duraski
Assistant United States Attorney